STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

R. Brent Cueria
Cueria Law Firm, LLC
700 Camp St., Suite 316
New Orleans LA 70130

**REHEARING ACTION: August 7, 2013**

**Docket Number: 13   00088-CA**

**ROLAND LEE LEWIS**
**VERSUS**
**PROLINE SYSTEMS, INC., ET AL.**

**Appealed from Jefferson Davis Parish Case No. C-392-08**

**BEFORE JUDGES:**

> Hon. John D. Saunders
> Hon. Marc T. Amy
> Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Roland Lee Lewis** has this day been

> **DENIED.**

cc: Robert Shane McCormick Esq., Counsel for the Appellee
    Brenda L. Mistrot, Counsel for the Appellee
    Kraig Thomas Strenge, Counsel for the Appellee
    John Avender London  III, Counsel for the Appellee